IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HARVEY CULLUM**                                                                                   **PLAINTIFF**

V.                                    CASE NO. 4:11CV00831 JMM

**JOHN C. ALDWORTH, ET AL.**                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this  3  day of  January , 2012.


_____
James M. Moody
United States District Judge